1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  MARR SANCHEZ & ASSOCIATES,

   Plaintiff,

   v.

   DAVID LOPEZ, et al.,

   Defendants.

Case No. 16-cv-04919-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Maxine M. Chesney for consideration of whether the case is related to *Marr Sanchez & Associates v. Maria E. Sosa-Lopez, et al.*, 16-cv-03005-MMC.

IT IS SO ORDERED.

Dated: August 30, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge